FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 24, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DONALD PICKARD, Personal Representative of the Estate of CR Pickard,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK NA, A National Banking Association,<br><br>Defendant. | No. 1:20-cv-03246-SMJ<br><br>**ORDER DISMISSING CASE** |

On August 23, 2021, the parties filed a stipulated dismissal, ECF No. 23. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), **IT IS HEREBY ORDERED**:

**1.** The parties' Stipulated Motion to Dismiss with Prejudice, **ECF No. 23**, is **GRANTED**.

**2.** All claims are **DISMISSED WITH PREJUDICE**, with all parties to bear their own costs and attorney fees.

**3.** All pending motions are **DENIED AS MOOT**.

**4.** All hearings and other deadlines are **STRICKEN**.

//

ORDER DISMISSING CASE – 1

1  //

2  //

3      **5.**    The Clerk's Office is directed to **CLOSE** this file.

4      **IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and

5  provide copies to all counsel.

6      **DATED** this 24th day of August 2021.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER DISMISSING CASE – 2